**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mark Lopez and Florence Lopez,  Court File No. 07-4941 (PAM/JSM)

    Plaintiffs,

vs.  **ORDER**

Rausch, Sturm, Israel & Hornik, S.C. and
We Find Everyone, Inc.,

    Defendants

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party as to Defendant Rausch, Sturm, Israel & Hornik only.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                              BY THE COURT

Dated: April 20, 2009           s/Paul A. Magnuson
                                            The Honorable Paul A. Magnuson
                                            Judge of United States District Court