# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Mark Lopez and Florence Lopez,

        Plaintiffs,

v.

Rausch, Sturm, Israel & Hornik, S.C. and
We Find Everyone, Inc.,

        Defendants.

Court File No.: 07-4941 (PAM/JSM)

**ORDER FOR DISMISSAL**

The Stipulation, having been presented to the Court on behalf of the remaining parties,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                  **BY THE COURT:**

Dated: June 15, 2009          s/Paul A. Magnuson
                                           Paul A. Magnuson
                                           Judge of U.S. District Court